IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDREW J. GONZALES,

    Plaintiff,

v.                                          CV No. 18-573 CG/KRS

CITY OF HOBBS,

    Defendant.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte*. On February 21, 2019, the Court set a telephonic status conference for April 2, 2019, at 3:00 p.m. (Doc. 28). John Paul Valdez, counsel for Plaintiff, did not call in to the hearing.

**IT IS THEREFORE ORDERED** that, on or before **April 5, 2019**, John Paul Valdez, counsel for Plaintiff, shall show cause in writing why he failed to attend the scheduled status conference.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE