**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ANDREW J. GONZALES,

    Plaintiff,

v.                                                     CV No. 18-573 CG/KRS

CITY OF HOBBS,

    Defendant.

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on its *Order to Show Cause*, (Doc. 31), filed April 3, 2010, and Plaintiff's counsel's response to the Order, (Doc. 32). The Court ordered Plaintiff's counsel to show cause why he failed to attend a scheduled telephonic status conference on Tuesday, April 2, 2019. (Doc. 31). Plaintiff's counsel explained he missed the hearing due to calendaring issues. (Doc. 32).

**IT IS THEREFORE ORDERED** that the Court's *Order to Show Cause*, (Doc. 31), is **QUASHED***.*

                                                    _____
                                                  THE HONORABLE CARMEN E. GARZA
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE