**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ANDREW J. GONZALES,

    Plaintiff,

v.                                                               CV No. 18-573 CG/KRS

CITY OF HOBBS,

    Defendant.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court after being informed that the case has settled.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **May 13, 2019**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE