IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDREW J. GONZALES,

    Plaintiff,

v.                      CV No. 18-573 CG/KRS

CITY OF HOBBS,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on Plaintiff's *Motion to Dismiss Plaintiff's Complaint With Prejudice*, (Doc. 35), filed May 9, 2019. Having considered the Motion, noting it is unopposed, and being otherwise advised in the premises, the Court finds that the motion shall be granted.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion to Dismiss Plaintiff's Complaint With Prejudice*, (Doc. 35), is **GRANTED**, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**, and each party shall pay his or its own costs and attorney's fees.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE